FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0474

_____

IN RE THE MARRIAGE OF:

ROGER L. ROWE,

     Petitioner and Appellant,

  and

MARI E. ROWE,

     Respondent and Appellee.

O R D E R

_____

Appellant Roger L. Rowe was granted an extension of time to file and serve the opening brief on or before January 6, 2023. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than February 6, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2023